# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am a current or former employee of:

**Welltec Inc.,**

I hereby consent to be a plaintiff in an action to collect unpaid wages.

_Michael John McDowell_
Full Legal Name (Print)

_[signature]_
Signature

_02/09/2016_
Date