IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KOREY RYCHORCEWICZ,** § | | |
| **Individually and on behalf of similarly** § | | |
| **situated individuals,** § | | |
| § | | |
| **Plaintiff,** § | | |
| v. § | **CIVIL ACTION NO. 4:16-CV-00002** | |
| § | | |
| **WELLTEC, INC.** § | | |
| § | | |
| **Defendant.** § | **JURY TRIAL DEMANDED** | |

**PLAINTIFFS' RULE 12(b)(6) MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED
AND RULE 12(f) MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**

**ORDER GRANTING MOTION TO DISMISS AND MOTION TO STRIKE
DEFENDANTS' AFFIRMATIVE DEFENSES**

Before the Court is Plaintiff's 12(b)(6) Motion to Dismiss and 12(f) Motion to Strike Defendants' Affirmative Defenses. Having considered the motion and any response thereto, the motion is GRANTED in its entirety.

Defendants' First, Second, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Fifteenth, and Sixteenth Affirmative Defenses are DISMISSED and STRICKEN from the pleadings.

Date: _____          _____
                                                                                JUDGE PRESIDING