# EXHIBIT 6

**Check Date** 02/12/2016   **Net Pay** 2731.23   **Check Number** 17231743   **Tax Profile** 1 - TX/TX/TX   [View Earnings Statement]   Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 2500.00 | Federal W/H (S/0) | 740.08 | Medical | 54.14 | Direct Deposit Net Check | 2731.23 |
| Field Bonus | | | 1313.00 | Medicare | 54.50 | | | NET PAY | 2731.23 |
| GROSS | | | 3813.00 | Social Security | 233.05 | | | | |

**Check Date** 01/29/2016   **Net Pay** 1846.93   **Check Number** 15853420   **Tax Profile** 1 - TX/TX/TX   [View Earnings Statement]   Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 2500.00 | Federal W/H (S/0) | 411.83 | Medical | 54.14 | Direct Deposit Net Check | 1846.93 |
| GROSS | | | 2500.00 | Medicare | 35.46 | | | NET PAY | 1846.93 |
| | | | | Social Security | 151.64 | | | | |

**Check Date** 01/15/2016   **Net Pay** 2062.19   **Check Number** 14665196   **Tax Profile** 1 - TX/TX/TX   [View Earnings Statement]   Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 2500.00 | Federal W/H (S/0) | 477.58 | Expense Reimbursement (-) | -38.14 | Direct Deposit Net Check | 2062.19 |
| Field Bonus | | | 263.00 | Medicare | 39.28 | Medical | 54.14 | NET PAY | 2062.19 |
| GROSS | | | 2763.00 | Social Security | 167.95 | | | | |