CONSENT TO JOIN WAGE CLAIM AGAINST
WELLTEC, INC.

Court-imposed deadline for filing this consent form is **July 12, 2016.**

Print Name: _NATHAN BRYSON_

1. I have read and understand the Notice of Collective Action Lawsuit that accompanied this Consent Form. I consent, agree, and opt-in to the lawsuit filed against Welltec, Inc. ("Welltec") captioned *Korey Rychorcewicz v. Welltec, Inc.*, Case No. 4:16-CV-00002, pending in the United States District Court for the Southern District of Texas, Houston Division, ("the Lawsuit"), to pursue my claims of unpaid overtime under the Fair Labor Standards Act ("FLSA").

2. I understand that the Lawsuit is brought under the FLSA, and I consent to be bound by the Court's judgment.

3. I designate the law firm and attorneys at TRAN LAW FIRM LLP, as my attorneys to prosecute my wage claims in the Lawsuit.

4. I consent to having Korey Rychorcewicz, the representative plaintiff in the complaint against Welltec, and his attorneys, make all decisions regarding the Lawsuit, the method and manner of conducting the Lawsuit, the terms of any potential settlement of the Lawsuit, releasing of claims, entering into an agreement regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: _/s/_   Date Signed: _05-17-16_