United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KOREY RYCHORCEWICZ, Individually and on Behalf of Similarly Situated Individuals,<br><br>Plaintiff,<br><br>v.<br><br>WELLTEC, INC.,<br><br>Defendant. | CIVIL ACTION NO. H-16-0002 |

### ORDER

Having conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation dated June 22, 2018, and Plaintiff's Objections thereto, the court concludes that the Memorandum and Recommendation should be adopted by this court. It is therefore **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this the 24th day of July, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE